# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| William E Preston | § | Case No. 8:05-bk-50128-TA |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that TODD A. FREALY, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection at least 14 days prior to the hearing in the form required by LBR 9013-1(f), and serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 a.m. on October 25, 2016 in Courtroom 5B,

United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

Date Mailed: 09/14/2016                           By: /s/ TODD A. FREALY
                                                                      TRUSTEE

TODD A. FREALY, TRUSTEE
3403 TENTH STREET
SUITE 709
RIVERSIDE, CA  92501

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re: §
§
§
William E Preston § Case No. 8:05-bk-50128-TA
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 2,651,438.24 |
| and approved disbursements of | $ | 902,229.91 |
| leaving a balance on hand of[1] | $ | 1,749,208.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: TODD FREALY | $ 16,400.00 | $ 0.00 | $ 7,281.72 |
| Trustee Expenses: TODD FREALY | $ 5.08 | $ 0.00 | $ 5.08 |
| Attorney for Trustee Fees: Lewis Brisbois Bisgaard & Smith, LLP | $ 3,305,787.50 | $ 66,463.50 | $ 1,401,329.50 |
| Attorney for Trustee Expenses: Lewis Brisbois Bisgaard & Smith, LLP | $ 82,738.51 | $ 2,812.96 | $ 79,925.55 |
| Accountant for Trustee Fees: LECG | $ 104,772.50 | $ 0.00 | $ 46,519.73 |
| Accountant for Trustee Expenses: LECG | $ 1,836.96 | $ 0.00 | $ 1,836.96 |
| Charges: United States Bankruptcy Court | $ 3,000.00 | $ 0.00 | $ 3,000.00 |
| Fees: Office of the United States Trustee | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: Bankruptcy Estate of Reed Slatkin | $ 26,946.58 | $ 0.00 | $ 26,946.58 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Berkeley Research Group, LLC | $ 41,973.80 | $ 0.00 | $ 18,636.66 |
| Other: Berkeley Research Group, LLC | $ 564.90 | $ 0.00 | $ 564.90 |
| Other: DEPARTMENT OF THE TREASURY | $ 46,957.89 | $ 0.00 | $ 46,957.89 |
| Other: FRANCHISE TAX BOARD | $ 18,466.86 | $ 0.00 | $ 18,466.86 |
| Other: R. Todd Neilson | $ 86,393.15 | $ 0.00 | $ 38,359.17 |
| Other: R. Todd Neilson | $ 9,113.18 | $ 0.00 | $ 9,113.18 |
| Other: RFB ENTERPRISES | $ 5,162.50 | $ 2,190.00 | $ 2,972.50 |
| Other: RFB ENTERPRISES | $ 391.17 | $ 0.00 | $ 391.17 |
| Other: Shamrock Business Enterprises | $ 10,240.00 | $ 0.00 | $ 10,240.00 |
| Other: Thomas W Hilborn | $ 36,160.88 | $ 0.00 | $ 36,160.88 |

Total to be paid for chapter 7 administrative expenses     $     1,749,208.33

Remaining Balance     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: LEWIS BRISBOIS BISGAARD & SMITH LLP | $ 56,718.00 | $ 56,718.00 | $ 0.00 |
| Attorney for Expenses: LEWIS BRISBOIS BISGAARD & SMITH LLP | $ 1,372.73 | $ 1,372.73 | $ 0.00 |
| Other: RFB ENTERPRISES | $ 200.00 | $ 200.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses     $     0.00

Remaining Balance     $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 143,000.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2-4P | Department of the Treasury - Internal Revenue Service | $ 127,129.21 | $ 0.00 | $ 0.00 |
| 5-2P | FRANCHISE TAX BOARD | $ 15,871.09 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,108,830.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2-4U | Department of the Treasury - Internal Revenue Service | $ 1,072,764.45 | $ 0.00 | $ 0.00 |
| 5-2U | FRANCHISE TAX BOARD | $ 13,292.63 | $ 0.00 | $ 0.00 |
| 6 | Janis L. Turner, A Law Corporation | $ 12,441.54 | $ 0.00 | $ 0.00 |
| 10 | Southern California Gas Company | $ 308.16 | $ 0.00 | $ 0.00 |
| 11 | Los Angeles County Treasurer and Tax Collector | $ 1,310.07 | $ 0.00 | $ 0.00 |
| 15 | Law Offices of Gary S Wishik | $ 8,713.46 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 247.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | California American Water Co | $ 247.84 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 254,290.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2-4UP | Department of the Treasury - Internal Revenue Service | $ 254,290.48 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Prepared By: /s/ TODD A. FREALY
TRUSTEE

*TODD A. FREALY, TRUSTEE*
*3403 TENTH STREET*
*SUITE 709*
*RIVERSIDE, CA  92501*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.